**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Taca S.A. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | N/A |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| c/o Alfaro, Ferrer & Ramirez, AFRA Building <br> Number    Street | _____ <br> Number    Street |
| Samuel Lewis Avenue and 54th Street | _____ <br> P.O. Box |
| Panama, Republic of Panama  0816-0185 <br> City    State    ZIP Code | _____ <br> City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| _____ <br> County | _____ <br> Number    Street |
| | _____ |
| | _____ <br> City    State    ZIP Code |

5. **Debtor's website** (URL)    https://avianca.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Taca S.A.
          ———————————————————————————
          Name

Case number (if known)_____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4 8 1 1

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.   District _____   When _____   Case number _____
                                        MM / DD / YYYY
         District _____   When _____   Case number _____
                                        MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.   Debtor   see attached Schedule 1          Relationship   Affiliate
         District Southern District of New York    When   Date Hereof
                                                          MM / DD / YYYY
         Case number, if known _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Taca S.A.
        *Name*

Case number *(if known)*_____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                                            Number        Street<br>_____<br>_____      _____   _____<br>City                                                                State         ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

**Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors**<br>(on a consolidated basis) | ☐ 1-49                   ☐ 1,000-5,000           ☒ 25,001-50,000<br>☐ 50-99                  ☐ 5,001-10,000         ☐ 50,001-100,000<br>☐ 100-199              ☐ 10,001-25,000       ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets**<br>(on a consolidated basis) | ☐ $0-$50,000                    ☐ $1,000,001-$10 million           ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000          ☐ $10,000,001-$50 million         ☒ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million        ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor __Taca S.A._____    Case number (if known)_____
       Name

**16. Estimated liabilities**
(on a consolidated basis)

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/10/2020
             MM / DD / YYYY

✗ /s/ Adrian Neuhauser                        Adrian Neuhauser
Signature of authorized representative of debtor    Printed name

Title  Authorized Signatory

**18. Signature of attorney**

✗ /s/ Evan R. Fleck                           Date  05/10/2020
Signature of attorney for debtor                     MM / DD / YYYY

Evan R. Fleck
Printed name

Milbank LLP
Firm name

55         Hudson Yards
Number     Street

New York                                      NY         10001
City                                          State      ZIP Code

(212) 530-5000                                efleck@milbank.com
Contact phone                                 Email address

4012662                                       NY
Bar number                                    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4
American LegalNet, Inc.
www.FormsWorkFlow.com

# SCHEDULE 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. The Debtors have moved for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of Avianca Holdings S.A.

1. Aero Transporte de Carga Unión, S.A. de C.V.
2. Aeroinversiones de Honduras, S.A.
3. Aerovías del Continente Americano S.A. Avianca
4. Airlease Holdings One Ltd.
5. America Central (Canada) Corp.
6. America Central Corp.
7. AV International Holdco S.A.
8. AV International Holdings S.A.
9. AV International Investments S.A.
10. AV International Ventures S.A.
11. AV Investments One Colombia S.A.S.
12. AV Investments Two Colombia S.A.S.
13. AV Taca International Holdco S.A.
14. Avianca Costa Rica S.A.
15. Avianca Holdings S.A.
16. Avianca Leasing, LLC
17. Avianca, Inc.
18. Avianca-Ecuador S.A.
19. Aviaservicios, S.A.
20. Aviateca, S.A.
21. Avifreight Holding Mexico, S.A.P.I. de C.V.
22. C.R. Int'l Enterprises, Inc.
23. Grupo Taca Holdings Limited
24. International Trade Marks Agency Inc.
25. Inversiones del Caribe, S.A.
26. Isleña de Inversiones, S.A. de C.V.
27. Latin Airways Corp.
28. Latin Logistics, LLC
29. Nicaraguense de Aviación, Sociedad Anónima (Nica, S.A.)
30. Regional Express Américas S.A.S.
31. Ronair N.V.
32. Servicio Terrestre, Aereo y Rampa S.A.
33. Servicios Aeroportuarios Integrados SAI S.A.S.
34. Taca de Honduras, S.A. de C.V.
35. Taca de México, S.A.
36. Taca International Airlines S.A.
37. Taca S.A.
38. Tampa Cargo S.A.S.
39. Technical and Training Services, S.A. de C.V.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
In re:                                                      : Chapter 11
:
TACA S.A.,                                                  : Case No. 20-_____(__)
:
                Debtor.                               : (Joint Administration Requested)
:
-------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Shareholder | Approximate Percentage of Equity Interest Held |
|---|---|
| AV Taca International Holdco S.A. | 100.0% |
| Grupo Taca Holdings Limited | Holds 100.0% of the equity interest of AV Taca International Holdco S.A. |
| AV International Ventures S.A. | Holds 100.0% of the equity interest of Grupo Taca Holdings Limited |
| AV International Holdco S.A. | Holds 100.0% of the equity interest of AV International Ventures S.A. |
| Avianca Holdings S.A. | Holds 100.0% of the equity interest of AV International Holdco S.A. |
| Kingsland Holdings Limited | Holds 21.9% of the equity interest of Avianca Holdings S.A. |
| BRW Aviation LLC | Holds 78.1% of the equity interest of Avianca Holdings S.A. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re:                                                            :    Chapter 11
                                                                  :
AVIANCA HOLDINGS S.A., *et al.*,[1]                               :    Case No. 20-_____(__)
                                                                  :
                                    Debtors.                      :    (Joint Administration Requested)
                                                                  :
------------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS HOLDING
## FIVE (5) LARGEST SECURED CLAIMS

    The following is a list of those creditors holding the five (5) largest secured claims against the Debtors, on a consolidated basis, as of January 29, 2020. This list has been prepared from the books and records of the Debtors for filing in the Debtors' chapter 11 cases.

    The information set forth herein shall not constitute an admission of liability by, nor is binding on, the Debtors and the failure to list a claim as contingent, disputed or subject to set off shall not be a waiver of any of the Debtors' rights relating thereto.

---

[1] The Debtors in these chapter 11 cases, and each Debtor's federal tax identification number (to the extent applicable), are as follows: Avianca Holdings S.A. (N/A); Aero Transporte de Carga Unión, S.A. de C.V. (N/A); Aeroinversiones de Honduras, S.A. (N/A); Aerovías del Continente Americano S.A. Avianca (N/A); Airlease Holdings One Ltd. (N/A); America Central (Canada) Corp. (00-1071563); America Central Corp. (65-0444665); AV International Holdco S.A. (N/A); AV International Holdings S.A. (N/A); AV International Investments S.A. (N/A); AV International Ventures S.A. (N/A); AV Investments One Colombia S.A.S. (N/A); AV Investments Two Colombia S.A.S. (N/A); AV Taca International Holdco S.A. (N/A); Avianca Costa Rica S.A. (N/A); Avianca Leasing, LLC (47-2628716); Avianca, Inc. (13-1868573); Avianca-Ecuador S.A. (N/A); Aviaservicios, S.A. (N/A); Aviateca, S.A. (N/A); Avifreight Holding Mexico, S.A.P.I. de C.V. (N/A); C.R. Int'l Enterprises, Inc. (59-2240957); Grupo Taca Holdings Limited (N/A); International Trade Marks Agency Inc. (N/A); Inversiones del Caribe, S.A. (N/A); Isleña de Inversiones, S.A. de C.V. (N/A); Latin Airways Corp. (N/A); Latin Logistics, LLC (41-2187926); Nicaraguense de Aviación, Sociedad Anónima (Nica, S.A.) (N/A); Regional Express Américas S.A.S. (N/A); Ronair N.V. (N/A); Servicio Terrestre, Aereo y Rampa S.A. (N/A); Servicios Aeroportuarios Integrados SAI S.A.S. (92-4006439); Taca de Honduras, S.A. de C.V. (N/A); Taca de México, S.A. (N/A); Taca International Airlines S.A. (N/A); Taca S.A. (N/A); Tampa Cargo S.A.S. (N/A); Technical and Training Services, S.A. de C.V. (N/A). The Debtors' principal offices are located at Avenida Calle 26 # 59 – 15 Bogotá, Colombia.

|   | **Creditor / Address** | **Claim Amount** | **Debt Type** | **Description of Collateral** |
|---|---|---|---|---|
| 1 | Wilmington Savings Fund Society, FSB<br>500 Delaware Avenue<br>Wilmington, DE 19801<br>Tel: 302-888-7240<br>Email: phealy@wsfsbank.com | $484,419,000.00 | Bonds | Aircraft residual value and certain intellectual property |
| 2 | UMB Bank, N.A.<br>Marilee Sobieski<br>6550 S. Millrock Drive, Suite 150<br>Salt Lake City, UT 84121<br>Tel: 385-715-3013<br>Email: corptrustutah@umb.com<br>Marilee.Sobieski@umb.com | $325,000,000.00 | Long Term Debt | Credit card receivables collections Fiduciary agreement |
| 3 | Wells Fargo Bank Northwest N.A.<br>(in its capacity as Owner Trustee)<br>299 South Main Street, 5th Floor<br>Salt Lake City, UT 84111<br>Tel: 801-246-7142 | $271,117,294.00 | Aircraft Loan Agreement | (1) A319,<br>(3) A320,<br>(2) A321,<br>(2) B787 aircraft |
| 4 | ING Capital LLC US<br>David Jaquet<br>1133 Avenue of the Americas, 8 Fl<br>New York, NY 10036<br>Tel: 646-424-6000<br>Email: David.Jaquet@ing.com | $123,559,193.00 | ECA Aircraft Loan Agreement | One Boeing 787-900 MSN 65315 |
| 5 | Banco De Bogota New York Agency<br>(in its capacity as Agent)<br>Attn: Gladys Gonzalez Cortes<br>Calle 36 # 7-47 Piso 12<br>Bogota, Colombia<br>Email: gonza1@bancodebogota.com.co | $107,250,000.00 | Long Term Debt | Credit card receivables |

**Fill in this information to identify the case and this filing:**

Debtor Name __Taca S.A._____

United States Bankruptcy Court for the: __Southern_____ District of __New York__
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Corporate Ownership Statement, Top 5 Secured Creditors List__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/10/2020__
MM / DD / YYYY

✗ /s/ Adrian Neuhauser_____
Signature of individual signing on behalf of debtor

Adrian Neuhauser_____
Printed name

Authorized Signatory_____
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name __AVIANCA HOLDINGS S.A., *et al.*__

United States Bankruptcy Court for the: __Southern__ District of __New York__
                                                           (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br><br>500 DELAWARE AVE, WILMINGTON, DE 19801 USA | RAYE GOLDSBOROUGH<br>+1 302-888-7580<br>rgoldborough@wsfsbank.com | Bond | Unliquidated | | | Unliquidated |
| 2 | CITIBANK, N.A.<br><br>CARRERA 9A #9902, 3RD FLOOR, BOGOTA, COLOMBIA | ELIZABETH REY<br>Elizabeth.rey@citi.com | Loan | Unliquidated | | | Unliquidated |
| 3 | BANCO DE BOGOTA<br><br>CALLE 36 # 7-47, FLOOR 12, BOGOTA, COLOMBIA | RAFAEL ARANGO<br>+57 315-334-3355<br>RARANGO@bancodebogota.com.co | Loan | Unliquidated | | | Unliquidated |
| 4 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br><br>500 DELAWARE AVE, WILMINGTON, DE 19801 USA | RAYE GOLDSBOROUGH<br>+1 302-888-7580<br>rgoldborough@wsfsbank.com | Bond | | | | $65,581,000 |
| 5 | IAE INTERNATIONAL AERO ENGINES AG<br><br>400 MAIN STREET MS 121-10, EAST HARTFORD, CT 06118 USA | WILLIAN RIVERA<br>+1 860-557-1914<br>Willian.Riverall@pw.utc.com | Maintenance Provider | | | | $36,088,520 |
| 6 | BANCO DAVIVIENDA<br><br>CARRERA 7 N 3110, BOGOTA, COLOMBIA | ADRIANA R PARRA GAMBA<br>+57 310-777-5607<br>arparra@davivienda.com | Loan | | | | $33,433,678 |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims

20-11169-mjg Doc 1 Filed 05/10/20 Entered 05/10/20 18:00:39 Main Document Pg 11 of 20

Debtor 2 (Avianca Holdings S.A., et al. Name (if known)
Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | GENERAL ELECTRIC & CFM INTERNATIONAL<br><br>1 NEUMANN WAY,<br>CINCINNATI, OH 45215<br>USA | JOSE KLING<br>+1 415-238-2651<br>jose.kling@ge.com | Maintenance Provider | | | $33,427,319 |
| 8 | ROLLS ROYCE PLC<br><br>KINGS PLACE,<br>90 YORK WAY,<br>LONDON, N1 9FX, UK | DAVID GONZALEZ<br>+1 470-328-0725<br>David.Gonzalez-Gomez@Rolls-Royce.com | Maintenance Provider | | | $28,301,046 |
| 9 | SMBC AVIATION CAPITAL<br><br>IFSC HOUSE, IFSC, CUSTOM HOUSE QUAY,<br>DUBLIN, IRELAND | BART HARRINGTON<br>+1 972-974-7093<br>bart.harrington@smbc.aero | Lessor | | | $10,989,992 |
| 10 | SAP COLOMBIA SAS<br><br>ED. TIERRA FIRME<br>PISO 24<br>AK 9N 115 06<br>BOGOTA, COLOMBIA | SANDRA VARGAS<br>+57 1600-3000<br>s.vargas@sap.com | IT Systems and Services | | | $7,214,817 |
| 11 | AVOLON<br><br>NUMBER ONE,BALLSBRIDG BUILDING,<br>1 SHELBOURNE RD,<br>BALLSBRIDGE, DUBLIN, D04 K2R2, IRELAND | RAMON STORTINI<br>+55 119-9293-4000<br>rstortini@avolon.aero | Lessor | | | $6,680,749 |
| 12 | BANCO AGRICOLA<br><br>BOULEVARD CONTITUCION.<br>67 AVENIDA NORTE, ED SAN JOSE DE LA MONTAÑA,<br>SAN SALVADOR,<br>EL SALVADOR | REINA DE LA PAZ CASTILLO TISNADO<br>+503-2267-5200<br>rcarrill@bancoagricola.com.sv | Unsecured Debt | | | $5,000,000 |
| 13 | LAFISE PANAMA<br><br>URBANIZACION SANTA MARIA BUSINESS DISTRICT,<br>PANAMA CITY, PANAMA | RODRIGO ZAMORA TERAN<br>+1 305-878-9305<br>rodrigoz@lafise.com | Unsecured Debt | | | $5,000,000 |
| 14 | TERPEL<br><br>CARRERA 7 #75-51,<br>BOGOTA, COLOMBIA | LUIS FELIPE ROMERO<br>+57 31-0269-3390<br>luis.romero@terpel.com | Fuel | | | $4,907,654 |
| 15 | WORLD FUEL SERVICES<br><br>9800 NW 41ST<br>MIAMI, FL 33178<br>USA | ARMANDO VIDALON<br>+1 305-428-8141<br>avidalon@wfscorp.com | Fuel | | | $4,891,949 |
| 16 | GETCOM<br><br>DG 55-37 41 OF 601<br>BELLO, ANTIOQUIA<br>COLOMBIA | EDUARDO SALAZAR<br>+574-444-3820 ext: 4152<br>david.perez@onelinkbpo.net | Outsourced Services | | | $4,882,420 |
| 17 | KGAL<br><br>TOELZER STRABE 15<br>GARCHING, BAVARIA,<br>GERMANY | KATHRIN DUEKER<br>+49-089-6414-3659<br>kathrin.dueker@kgal.de | Lessor | | | $4,878,420 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | LUFTHANSA GROUP (LUFTHANSA TECHNIK AG)<br><br>CARRERA 7 No 7152 TORRE A, PISO 10<br>BOGOTA, COLOMBIA | LORENA BONILLA<br>+1 786-547-4279<br>lorena.bonilla@lht.dlh.de | Maintenance Provider | | | | $4,442,344 |
| 19 | ORIX AVIATION<br><br>THE OVAL, BLOCK 1 SHELBOURNE RD, DUBLIN 4, D04 E7K5, IRELAND | PAUL O'DWYER<br>+35 38-6382-2960<br>paul.o'dwyer@orix.ie | Lessor | | | | $3,931,656 |
| 20 | BOEING GROUP<br><br>100 N RIVERSIDE PLAZA<br>CHICAGO, IL 60606<br>USA | JESSICA WADDELL<br>+1 425-237-1109<br>bcapaymentdetail@boeing.com | Maintenance Provider | | | | $3,661,913 |
| 21 | GATE GOURMET GROUP<br><br>TV 93-5 A 96<br>BOGOTA, COLOMBIA | RODRIGO DECEREGA<br>+1 305-924-2275<br>rdecerega@gategroup.com | Catering | | | | $3,619,080 |
| 22 | ICBC LEASING CO.<br><br>2 GRAND CANAL SQUARE, GRAND CANAL HARBOUR, DUBLIN 2, IRELAND | DAVID WANG<br>+1 801-246-6508<br>wangzhidong@icbcleasing.com | Lessor | | | | $3,481,925 |
| 23 | BANCO CUSCATLAN<br><br>PIRAMIDE CUSCATLAN, SAN SALVADOR, EL SALVADOR | EDUARDO AMAYA<br>+503-7946-6416<br>eduardo.amaya@bancocuscatlan.com | Unsecured Debt | | | | $3,181,659 |
| 24 | PUMA<br><br>CALLE 81 #11-08,<br>BOGOTA, COLOMBIA | VICTOR DE DIOS<br>+502-4151-4064<br>victordedios@pumaenergy.com | Fuel | | | | $3,156,029 |
| 25 | INMARSAT<br><br>99 CITY ROAD, OLD STREET, EC1Y 1AX,<br>LONDON, UK | RAY VILLAR<br>+1 404-403-0414<br>ray.villar@inmarsat.com | Unsecured Debt | | | | $3,000,000 |
| 26 | AIRBUS GROUP<br><br>1 ROUND POINT MAUICE BELLONIE,<br>PARIS, FRANCE | JESSICA MANZO<br>+33 056-193-3333<br>jessica.manzo@airbus.com | Maintenance Provider | | | | $2,832,045 |
| 27 | CAE COLOMBIA FLIGHT TRAINING SAS<br><br>DG 25G No 95A 85,<br>CEO BOG 3 PISO<br>BOGOTA, COLOMBIA | JOAO DIMAS<br>+55 11-99275-4298<br>joao.dimas@cae.com | Professional Services | | | | $2,828,457 |
| 28 | UTAS - GOODRICH AND HAMILTON (COLLINS)<br><br>7100 INTERMODAL DR<br>LOUISVILLE, KY 40258<br>USA | MARCIA EVERS<br>+1 937-216-5125<br>marcia.evers@collins.com | Maintenance Provider | | | | $2,378,882 |
| 29 | ACCENTURE LTDA<br><br>TV 93 #5-96<br>BOGOTA, COLOMBIA | MARIA SALAZAR<br>+57 1326-6400<br>maria.salazar@accenture.com | IT Systems and Services | | | | $2,361,617 |

| # | Creditor | Contact | Nature | | | | Amount |
|---|---|---|---|---|---|---|---|
| 30 | MICROSOFT CORPORATION<br><br>CALLE 92 #11-51<br>PISO 10,<br>BOGOTA, COLOMBIA | DANIELA BOTERO<br>+1 425-706-4400<br>v-danibo@microsoft.com | IT Systems and Services | | | | $2,262,732 |
| 31 | NAVBLUE SAS<br><br>295 HAGEY BOULEVARD<br>SUITE 200,<br>WATERLOO, ON N2L 6R5,<br>CANADA | SUSAN MARTINI<br>+1 519-747-1170<br>susan.martini@airbus.com | Professional Services | | | | $2,061,563 |
| 32 | CHEVRON<br><br>6001 BOLLINGER CANYON ROAD,<br>SAN RAMON, CA 94583<br>USA | ZAMIRA DE YCAZA<br>+507-6617-3514<br>zdycaza@chevron.com | Fuel | | | | $2,039,139 |
| 33 | DVB BANK<br><br>PARK HOUSE,<br>16-18 FINSBURGH CIRCUS,<br>6th FLOOR,<br>LONDON, EC2N7EV, UK | MANDEEP CHANA<br>+817 247-2287<br>mandeep.chana@dvbbank.com | Lessor | | | | $1,729,522 |
| 34 | PRATT & WHITNEY CANADA CORP.<br><br>1000 MARIE-VICTORIN BLVD. LONG UEUIL,<br>UC GC 1A1 CANADA | KRISTIAN KNUTH-WINTERFELDT<br>+1 336-225-8239<br>Kristian.Knuth-Winterfeldt@pwc.ca | Maintenance Provider | | | | $1,717,715 |
| 35 | WINGS CAPITAL PARTNERS MNGMT<br><br>4695 MACARTHUR<br>NEWPORT BEACH, CA 92660<br>USA | CESAR ROMERO<br>+1 949-698-3669<br>cesar.romero@wingscap.com | Lessor | | | | $1,699,315 |
| 36 | SAFRAN GROUP<br><br>1 RUE DES FRERES<br>PARIS, FRANCE | ANDRES CHAVES<br>+57 31-7759-8720<br>andres.chaves@safrangroup.com | Maintenance Provider | | | | $1,692,780 |
| 37 | IBM CAPITAL<br><br>4905 STARIHA DRIVE<br>MUSKEGON, MI 49441<br>USA | MONICA PAREDES<br>mparedes@co.ibm.com | Unsecured Debt | | | | $1,604,316 |
| 38 | BANCOLOMBIA<br><br>CARRERA 48 # 26-85<br>MEDELLIN,<br>ANTIOQUIA, COLOMBIA | DIANA CAROLINA MEDINA MUNOZ<br>+57 4448-9048<br>dicmedin@bancolombia.com.co | Unsecured Debt | | | | $1,496,251 |
| 39 | AIRCASTLE<br><br>201 TRESSER BOULEVARD,<br>STAMFORD, CT 06901<br>USA | SERGIO GONZALES<br>+1 203 504 1068<br>sgonzalez@aircastle.com | Lessor | | | | $1,487,389 |
| 40 | SECURITAS GROUP<br><br>CR 63 #17A – 03<br>BOGOTA,<br>COLOMBIA | JOSE BELTRAN<br>abeltran@securitas.com.co | Airport Services | | | | $1,448,222 |

| RESOLUCIÓN ÚNICA DE LA JUNTA DIRECTIVA DE TACA S.A. | SINGLE RESOLUTION OF THE BOARD OF DIRECTORS OF TACA S.A. |
|---|---|
| El suscrito actuando como Secretario de **TACA S.A.** (la "**Compañía**") hace constar que el 10 de mayo de 2020, la Junta Directiva de la Compañía aprobó por unanimidad con el voto favorable de los mismos, la siguiente resolución: | The undersigned, being the Secretary of **TACA S.A.** (the "**Company**") records that on May 10, 2020, the Board of Directors of the Company adopted unanimously the following resolution: |
| *"La Junta Directiva de TACA S.A., en ejercicio de las facultades que les confiere los estatutos sociales,* | *"The Board of Directors of TACA S.A., in exercise of the rights conferred upon it by the by-laws,* |
| ***CONSIDERANDO*** *que, la Junta Directiva ha revisado y ha tenido la oportunidad de elevar sus dudas sobre la información presentada por la administración, los asesores legales y los asesores financieros de la Compañía en relación con las obligaciones y la liquidez de la Compañía, las posibles estrategias disponibles, y su impacto en los negocios de la Compañía; y* | *WHEREAS, the Board of Directors has reviewed and has had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business; and* |
| ***CONSIDERANDO*** *que, la Junta Directiva ha tenido la oportunidad de consultar con la administración, los asesores legales y los asesores financieros de la Compañía, todas las alternativas estratégicas disponible para la Compañía; y* | *WHEREAS, the Board of Directors has had the opportunity to consult with the management and the legal and financial advisors of the Company to fully consider each of the strategic alternatives available to the Company; and* |
| ***CONSIDERANDO*** *que, la Junta Directiva ha decidido que lo deseable y lo mejor para los intereses de la Compañía, sus acreedores, empleados y demás partes interesadas, es elevar una petición por parte de la Compañía, buscando alivio bajo las provisiones del Capítulo 11 del Título 11 del Código de los Estados Unidos (conocido como "Código de Insolvencia"); y* | *WHEREAS, the Board of Directors has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"); and* |
| ***CONSIDERANDO*** *que, la Junta Directiva considera que el tomar las acciones descritas a continuación se hace en el mejor interés de la Compañía, y, por consiguiente, considera necesario aprobar las siguientes decisiones.* | *WHEREAS, the Board of Directors believes that taking the actions set forth below is in the best interests of the Company and, therefore, desires to approve the following resolutions.* |
| *Inicio de los Eventos del Capítulo 11* | *Commencement of Chapter 11 Cases* |
| ***TENIENDO EN CUENTA LO ANTERIOR, SE RESUELVE****, que la Compañía está autorizada y tiene poder suficiente para presentar una solicitud voluntaria de beneficios bajo el Capítulo 11 del* | ***NOW, THEREFORE, BE IT RESOLVED****, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (such voluntary petition, and the voluntary petitions to* |

| | |
|---|---|
| *Código de Insolvencia (se hará referencia a esta petición voluntaria elevada por la Compañía y las peticiones voluntarias que sean elevadas por las subsidiarias de la Compañía, conjuntamente, como los "**Casos del Capítulo 11**") ante una corte con la jurisdicción para conocer del caso (de ahora en adelante la "**Corte de Insolvencia**"); y* | *be filed by the Company's affiliates, collectively, the "**Chapter 11 Cases**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and* |
| ***ADICIONALMENTE RESUELVE**, que cualquier funcionario de la Compañía y cualquier persona autorizada por cualquier funcionario de la Compañía (incluyendo, sin limitarse, a Anko van der Werff, Renato Covelo, José Gurdian, Roberto Kriete, Adrian Neuhauser, y Richard Galindo) (cada uno, un "**Funcionario/Persona Autorizada**", y colectivamente, los "**Funcionarios/Personas Autorizadas**") está y, por ende, cada uno de manera individual se encuentra en su calidad de representante autorizado de la Compañia, y en tal capacidad, actuando de manera conjunta o separada, con la facultad de delegar sus funciones, es y por medio de la presente está apoderada y tiene capacidad suficiente para suscribir y radicar en nombre de la Compañía, incluso si la Compañía está actuando como accionistas o miembro de una de sus subsidiarias, todas las peticiones, anexos, listas, solicitudes, aplicaciones, súplicas, demás actuaciones, acuerdos, consentimientos y documentos, y además está apoderada para realizar cualesquier y todas las acciones que considere necesarias o correctas para lograr el alivio anteriormente mencionado, incluyendo, sin limitación alguna, el poder para tomar cualquier acción necesaria para mantener el curso ordinario de los negocios de la Compañía.* | ***RESOLVED FURTHER**, that any officer of the Company and any person authorized by any officer of the Company (including, without limitation, Anko van der Werff, Renato Covelo, José Gurdian, Roberto Kriete, Adrian Neuhauser, and Richard Galindo) (each, an "**Authorized Person**" and collectively, the "**Authorized Persons**") be, and each of them individually hereby is, appointed as the Company's authorized representatives, and in such capacity, acting alone or together, with power of delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of the Company, including in the Company's capacity as shareholder or member of its subsidiaries, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses.* |
| <u>*Contratación de Profesionales*</u> | <u>*Retention of Professionals*</u> |
| ***ADICIONALMENTE RESUELVE**, que cada Funcionario/Persona Autorizada se encuentra y por ende está apoderada para contratar a la firma de abogados Milbank LLP como un consejero legal para representar y asesorar a la Compañía en el desarrollo de cualquier deber o actividad bajo el Código de Insolvencia, y para tomar cualquier acción o acciones necesarias en aras de promover los derechos y obligaciones de la Compañía, incluyendo el poder presentar cualquier solicitud; en conexión con lo anterior cada Funcionario/Persona Autorizada, con la facultad de delegar sus funciones, se encuentra apoderada e* | ***RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized and directed to employ the law firm of Milbank LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Persons, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to* |

| | |
|---|---|
| *instruida para suscribir los contratos correspondientes, pagar los honorarios que considere apropiados y causar que se diligencie la aplicación de autorización de contratación de los servicios de Milbank LLP.* | *cause to be filed an appropriate application for authority to retain the services of Milbank LLP.* |
| ***ADICIONALMENTE RESUELVE,*** *que cada Funcionario/Persona Autorizada, puede y está autorizada y encargada para contratar a la Firma de Abogados Urdaneta, Velez, Pearl & Abdallah Abogados, como Firma encargada de la reestructuración, y en conexión con lo anterior, cada Funcionario/Persona Autorizada, tiene poder para delegar, y está autorizada y encargada para suscribir acuerdos de anticipos apropiados, pagar los anticipos, causar que se realicen la autorizaciones apropiadas para retener los servicios de Urdaneta, Velez, Pearl & Abdallah Abogados.* | ***RESOLVED FURTHER,*** *that each Authorized Person be, and hereby is, authorized and directed to employ the law firm of Urdaneta, Velez, Pearl & Abdallah Abogados as restructuring counsel; and in connection therewith, each of the Authorized Persons, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Urdaneta, Velez, Pearl & Abdallah Abogados.* |
| ***ADICIONALMENTE RESUELVE,*** *que cada Funcionario/Persona Autorizada, puede y está autorizada y encargado para contratar a la Firma de Abogados Gómez-Pinzón Abogados S.A.S. como Firma encargada de la reestructuración, y en conexión con lo anterior, cada Funcionario/Persona Autorizada, tiene poder para delegar, y está autorizada y encargado para suscribir acuerdos de anticipos apropiados, pagar los anticipos, causar que se realicen la autorizaciones apropiadas para retener los servicios de Gómez-Pinzón Abogados S.A.S.* | ***RESOLVED FURTHER,*** *that each Authorized Person be, and hereby is, authorized and directed to employ the law firm of Gómez-Pinzón Abogados S.A.S. as restructuring counsel; and in connection therewith, each of the Authorized Persons, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Gómez-Pinzón Abogados S.A.S.* |
| ***ADICIONALMENTE RESUELVE,*** *que cada Funcionario/Persona Autorizada se encuentra y por ende está autorizada para contratar a la firma de abogados Smith Gambrell and Russell, LLP como consejero legal en la práctica de aviación para que represente y asesore a la Compañía en el desarrollo de sus deberes bajo el Código de Insolvencia, y para tomar cualquier acción o acciones necesarias en aras de promover los derechos y obligaciones de la Compañía, incluyendo el poder presentar cualquier solicitud; en conexión con lo anterior, cada Funcionario/Persona Autorizada, con la facultad de delegar sus funciones, se encuentra autorizada e instruida para suscribir los contratos correspondientes, pagar los honorarios que considere apropiados y causar que se diligencie la aplicación de autorización de contratación de los servicios Smith Gambrell and Russell, LLP.* | ***RESOLVED FURTHER,*** *that each Authorized Person be, and hereby is, authorized and directed to employ the law firm of Smith Gambrell and Russell, LLP as aviation counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Persons, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Smith Gambrell and Russell, LLP.* |

GPZ--v1

| | |
|---|---|
| ***ADICIONALMENTE RESUELVE***, que cada Funcionario/Persona Autorizada se encuentra y por ende está autorizada para contratar la firma de abogados Seabury Securities LLC como consejero en la restructuración financiera y banquero de inversión para que represente y asesore a la Compañía en el desarrollo de sus deberes bajo el Código de Insolvencia, y para tomar cualquier acción o acciones necesarias en aras de promover los derechos y obligaciones de la Compañía, incluyendo el poder presentar cualquier solicitud; en conexión con lo anterior cada Funcionario/Persona Autorizada, con la facultad de delegar sus funciones, se encuentra autorizada e instruida para suscribir los contratos correspondientes, pagar los honorarios que considere apropiados y causar que se diligencie la aplicación de autorización de contratación de los servicios Seabury Securities LLC. | ***RESOLVED FURTHER*** that each Authorized Person be, and hereby is, authorized and directed to employ the firm of Seabury Securities LLC, as financial restructuring advisor and investment banker to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Seabury Securities LLC. |
| ***ADICIONALMENTE RESUELVE***, que cada Funcionario/Persona Autorizada se encuentra y por ende está autorizada para emplear la firma de KCC LLC como agente de notificaciones y reclamaciones, para que represente y asesore a la Compañía en el desarrollo de sus deberes bajo el Código de Insolvencia, y para tomar cualquier acción o acciones necesarias en aras de promover los derechos y obligaciones de la Compañía, incluyendo el poder presentar cualquier solicitud; en conexión con lo anterior cada Funcionario/Persona Autorizada, con la facultad de delegar sus funciones, se encuentra autorizada e instruida para suscribir los contratos correspondientes, pagar los honorarios que considere apropiados y causar que se diligencie la aplicación de autorización de contratación de los servicios de KCC LLC. | ***RESOLVED FURTHER*** that each Authorized Person be, and hereby is, authorized and directed to employ the firm of KCC LLC as notice and claims agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, to pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of KCC LLC. |
| ***SE RESUELVE ADEMÁS***, autorizar e instruir a cada Persona Autorizada de la Sociedad para contratar a la firma FTI Consulting, Inc. como asesor financiero y de reestructura para representar y asesorar a la Sociedad en y para llevar a cabo sus obligaciones de conformidad con el Código de Insolvencia y para llevar a cabo todas y cada una de las acciones necesarias para ejercer los derechos y obligaciones de la Sociedad, y en relación con lo | ***RESOLVED FURTHER*** that each Authorized Person be, and they hereby are, authorized and directed to employ the firm of FTI Consulting, Inc., as financial restructuring advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to |

GPZ--v1

| | |
|---|---|
| *anterior, se autoriza e instruye a cada una de las Personas Autorizadas para celebrar los contratos correspondientes, pagar los anticipos correspondientes, y causar que se presenten los documentos apropiados para contratar los servicios de FTI Consulting, Inc.* | *cause to be filed appropriate applications for authority to retain the services of FTI Consulting, Inc.* |
| ***ADICIONALMENTE RESUELVE,*** *que cada Funcionario/Persona Autorizada se encuentra y por ende está autorizada para emplear cualquier otro servicio profesional para que represente y asesore a la Compañía en el desarrollo de sus deberes bajo el Código de Insolvencia, y para tomar cualquier acción o acciones necesarias en aras de promover los derechos y obligaciones de la Compañía, incluyendo el poder presentar cualquier solicitud; en conexión con lo anterior, cada Funcionario/Persona Autorizada, con la facultad de delegar sus funciones, se encuentra autorizada e instruida para suscribir los contratos correspondientes, contratar los honorarios que considere apropiados y causar que se diligencie la aplicación de autorización de contratación de los servicios de cualquier otro profesional.* | ***RESOLVED FURTHER*** *that each Authorized Person be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.* |
| ***ADICIONALMENTE RESUELVE,*** *que cada Funcionario/Persona Autorizada se encuentra y por ende está, con la facultad de delegar sus funciones, autorizada, empoderada e instruida para suscribir y presentar cualquier solicitud, agenda, moción, lista, aplicación, alegato y cualquier otro documento (y a utilizar firmas electrónicas en los mismos, según sea necesario). En conexión con lo anterior se encuentra autorizada para emplear y retener cualquier asesor legal, contable, financiero, y cualquier otro profesional. También se encuentra autorizada para tomar y llevar acabo cualquier acción o acciones y actos que cada Funcionario/Persona Autorizada considere necesaria y correcta para los Casos del Capítulo 11, con el propósito de lograr tener éxito en dichos casos.* | ***RESOLVED FURTHER*** *that each Authorized Person be, and hereby is, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers (and to use electronic signatures on any of the foregoing as needed) and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Persons deems necessary, proper or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such case.* |
| <u>General</u><br>***ADICIONALMENTE RESUELVE,*** *que en adición a todas las autorizaciones anteriormente concedidas a los Funcionarios/Personas Autorizadas, los Funcionarios/Personas Autorizadas (y sus designados o delegados) están y por ende se encuentran, autorizadas, y con poder* | <u>General</u><br>***RESOLVED FURTHER,*** *that in addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to* |

GPZ--v1

| | |
|---|---|
| *suficiente, para que en nombre y representación de la Compañía, tomen u ordenen la toma de cualquier acción y para suscribir, reconocer, entregar y radicar cualquier acuerdo o acuerdos, certificados, instrumentos y otros documentos, además de pagar todos los gastos, incluyendo pero no estando limitado al pago de las tasas o tarifas de presentación o radicación, todo lo anterior cuando de acuerdo al criterio de cada Funcionario/Persona Autorizada sea necesario, recomendable o deseable para lograr el propósito de las decisiones aquí adoptadas.* | *take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as, in such person's or persons' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.* |
| ***ADICIONALMENTE RESUELVE,*** *que todos los miembros de la Junta Directiva de la Compañía han recibido aviso suficiente sobre las acciones y transacciones relacionadas con las decisiones aquí tomadas, tal como lo requieren los documentos corporativos de la Compañía, de lo contrario mediante el presente documento renuncian a cualquier derecho de notificación.* | ***RESOLVED FURTHER****, that all members of the Board of Directors of the Company have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice.* |
| ***ADICIONALMENTE RESUELVE,*** *que todas las actuaciones, acciones y transacciones relacionadas con las decisiones realizadas en nombre y representación de la Compañía, han sido aprobados por medio de las decisiones y resoluciones anteriores, con excepción de las actuaciones que hayan sido llevadas a cabo antes de la adopción de esta resolución, las cuales se entienden en todo caso aquí aprobadas y ratificadas como actos ciertos y vinculantes para la Compañía, como si dicho acuerdo, transacción, acuerdo o certificado hubiera sido autorizado previamente a través de una resolución por la Junta Directiva.* | ***RESOLVED FURTHER****, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Board of Directors.* |
| ***ADICIONALMENTE RESUELVE,*** *que estas resoluciones podrán ser firmadas en múltiples contrapartes y vía facsímile o cualquier otro medio electrónico, todas las cuales, consideradas en su conjunto, se entenderán como un único instrumento".* | ***RESOLVED FURTHER****, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument".* |
| \* \* \* | \* \* \* |
| Que con base en lo anterior, se hace constar que: | According to the above, it is hereby stated that: |
| • Los miembros de la Junta Directiva de la Compañía que enviaron sus votos escritos fueron WND Limited, WNS Limited y WTD Limited. | • The directors of the Company who sent their written consents were WND Limited, WNS Limited and WTD Limited. |

GPZ--v1

| | |
|---|---|
| - No se realizó convocatoria por cuanto decidieron todos los miembros de la Junta Directiva de la Compañía.<br>- Los votos de todos los miembros de la Junta Directiva fueron dados en sentido afirmativo, es decir, que votaron por la aprobación de todos y cada uno de los puntos de la Resolución aquí transcrita. Así, la totalidad de las decisiones indicadas en la parte resolutiva antes transcrita fueron aprobadas por unanimidad de los miembros de la Junta Directiva.<br>- La presente acta de reunión se elabora el día en que se aprobó la Resolución.<br>- En los archivos de la Compañía se guarda copia de las comunicaciones enviadas por los miembros de la Junta Directiva de la Compañía en las que expresan su voto. | - There was no previous summoning because the decision was approved by all of the directors of the Company.<br>- All the votes of the directors of the Company were affirmative and therefore approving of each of the decisions set forth by this Resolution. Consequently, the decisions adopted hereby were unanimously approved by all of the directors of the Company.<br>- These minutes were drafted on the day that the Resolution was approved.<br>- Copies of the communications sent by the directors of the Company in which their votes are stated are kept in the Company's archives. |
| **CERTIFICADO DEL SECRETARIO DE TACA S.A** | **CERTIFICATE OF THE SECRETARY OF TACA S.A** |
| El suscrito Secretario de TACA S.A, una compañía constituida bajo las leyes de la República de Panamá, certifica que la anterior resolución fue firmada y aprobada por los miembros de la Junta Directiva de la Compañía.<br><br>Este certificado se expide el 10 de Mayo de 2020<br><br>_____<br>Fernando Elias y Luis Marmissolle, en representación de WNS Limited<br>Secretario | The undersigned Secretary of TACA S.A, a corporation organized under the laws of the Republic of Panama, hereby certifies that the foregoing resolution have been signed and approved by the Board of Directors of the Company.<br><br>This certificate is extended on May 10, 2020<br><br>_____<br>Fernando Elias and Luis Marmissolle, on behalf of WNS Limited<br>Secretary |

GPZ--v1